IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOGEN INTERNATIONAL GMBH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 18-2054-LPS |
| | : | |
| BANNER LIFE SCIENCES LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **7th** day of **January, 2020**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that:

1    Defendant's motion for judgment on the pleadings (D.I. 9) is **GRANTED**.

2.    The parties shall meet and confer and, no later than **January 8, 2020**, submit a joint proposed redacted version of the Memorandum Opinion, should either party feel it can demonstrate a meritorious basis to redact any portion of the Memorandum Opinion.  Thereafter, the Court will docket a public version.

3.    The parties shall meet and confer and, no later than **January 13, 2020**, provide the Court with a joint status report, indicating their position(s) as to how this case should now proceed and with forms of any additional order(s) any party wishes the Court to enter.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE