# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 8, 2020

The Honorable Leonard P. Stark                  <u>VIA ELECTRONIC FILING</u>
United States District Court
844 N. King Street
Wilmington, DE 19801

       Re:     *Biogen International GmbH v. Banner Life Sciences LLC*,
                 <u>C.A. No. 18-2054-LPS</u>

Dear Chief Judge Stark:

      I am writing jointly on behalf of the parties in the above action, in response to Your Honor's January 7, 2020 Order (D.I. 53) requesting a decision by today as to whether any redactions are needed to the Court's January 7, 2020 sealed Memorandum Opinion (D.I. 52) (the "Opinion").

      The parties have conferred and are in agreement that no redactions are required and that the Opinion can be docketed in unredacted form.

                                                     Respectfully,

                                                   */s/ Steven J. Balick*

                                                   Steven J. Balick (#2114)

SJB/nlm

cc:     All counsel of record

{01524253;v1 }