# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH,<br><br>Plaintiff,<br><br>v.<br><br>BANNER LIFE SCIENCES LLC,<br><br>Defendant. | C.A. No. 18-2054-LPS |

**[PROPOSED] FINAL JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order (D.I. 52, 53) of January 7, 2020, granting Banner's Motion for Judgment on the Pleadings, it is hereby ORDERED and ADJUDGED that:

1. Final Judgment of non-infringement is entered on behalf of Defendant Banner Life Sciences with regard to its counterclaim and against Plaintiff Biogen International GmbH's claim of infringement regarding all claims of U.S. Patent No. 7,619,001 for the reasons stated in the Court Memorandum Opinion of January 7, 2020.

2. Defendant is the prevailing party as to Plaintiff's claims of infringement of U.S. Patent No. 7,619,001 and as to Defendant's counterclaims for declaratory judgment of noninfringement of U.S. Patent No. 7,619,001;

3. Any motion for an award of costs or attorneys' fees shall be deferred until all appeals relating to this litigation have been exhausted and the Mandate has issued from the Court of Appeals. If Plaintiff does not file an appeal in this litigation, Defendant's deadline for filing such motions and their bills of costs shall be extended to 45 days after the deadline for Plaintiff to file an appeal has lapsed.

PPAB 5343400v1

January \_\_\_\_, 2020

                HONORABLE LEONARD P. STARK
                UNITED STATES DISTRICT JUDGE

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIOGEN INTERNATIONAL GMBH,

    Plaintiff,

v.

BANNER LIFE SCIENCES LLC,

    Defendant.

C.A. No. 18-2054-LPS

**[PROPOSED] FINAL JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order (D.I. 52, 53) of January 7, 2020, granting Banner's Motion for Judgment on the Pleadings, it is hereby ORDERED and ADJUDGED that:

1. Final Judgment of non-infringement is entered on behalf of Defendant Banner Life Sciences with regard to its counterclaim and against Plaintiff Biogen International GmbH's claim of infringement regarding all asserted claims of U.S. Patent No. 7,619,001 for the reasons stated in the Court Memorandum Opinion of January 7, 2020.

2. ~~Defendant is the prevailing party as to Plaintiff's claims of infringement of U.S. Patent No. 7,619,001 and as to Defendant's counterclaims for declaratory judgment of noninfringement of U.S. Patent No. 7,619,001;~~

3. ~~Any motion for an award of costs or attorneys' fees shall be deferred until all appeals relating to this litigation have been exhausted and the Mandate has issued from the Court of Appeals. If Plaintiff does not file an appeal in this litigation, Defendant's deadline for filing such motions and their bills of costs shall be extended to 45 days after the deadline for Plaintiff to file an appeal has lapsed.~~

PPAB 5347117v1

2

January \_\_\_\_, 2020

    HONORABLE LEONARD P. STARK
    UNITED STATES DISTRICT JUDGE

# Exhibit C

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

| Mkt.Status | Active Ingredient | Proprietary Name | Appl. No. | Dosage Form | Route | Strength | TE Code | RLD | RS | Applicant Holder |
|---|---|---|---|---|---|---|---|---|---|---|
| RX | DIROXIMEL FUMARATE | VUMERITY | N211855 | CAPSULE, DELAYED RELEASE | ORAL | 231MG | | RLD | RS | BIOGEN |

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

**f SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=N&APPL_NO=211855#37278)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=N&APPL_NO=211855#37278)**

**+**

**EMAIL (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/RESULTS_PRODUCT.CFM?APPL_TYPE=N&APPL_NO=211855#37278)**

**Home (index.cfm?resetfields=1)** | **Back to Search Results**

## Product Details for NDA 211855

**VUMERITY (DIROXIMEL FUMARATE)**
**231MG**
**Marketing Status: Prescription**

**Active Ingredient:** DIROXIMEL FUMARATE
**Proprietary Name:** VUMERITY
**Dosage Form; Route of Administration:** CAPSULE, DELAYED RELEASE; ORAL
**Strength:** 231MG
**Reference Listed Drug:** Yes
**Reference Standard:** Yes
**TE Code:**
**Application Number:** N211855
**Product Number:** 001
**Approval Date:** Oct 29, 2019
**Applicant Holder Full Name:** BIOGEN
**Marketing Status:** Prescription
**Patent and Exclusivity Information (patent_info.cfm?Product_No=001&Appl_No=211855&Appl_type=N)**

# Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations

| **f  SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/PATENT_INFO.CFM?PRODUCT_NO=001&APPL_NO=211855&APPL_TYPE=N)** |
|---|
| **  TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/PATENT_INFO.CFM?PRODUCT_NO=001&APPL_NO=211855&APPL_TYPE=N)** |
| **±** |
| **  EMAIL (MAILTO:?SUBJECT=ORANGE BOOK: APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/OB/PATENT_INFO.CFM?PRODUCT_NO=001&APPL_NO=211855&APPL_TYPE=N)** |

**Home (index.cfm?resetfields=1)** | **Back to Product Details**

Additional Information about Patents

- Patent information is published on or after the submission date as defined in 21 CFR 314.53(d)(5).
- Patent listings published prior to August 18, 2003, only identify method-of-use claims. The listed patents may include drug substance and/or drug product claims that are not indicated in the listing.
- As of December 5, 2016, an NDA holder submitting information on a patent that claims both the drug substance and the drug product (and is eligible for listing on either basis) is required only to specify that it claims either the drug substance or the drug product. Orange Book users should not rely on an Orange Book patent listing, regardless of when first published, to determine the range of patent claims that may be asserted by an NDA holder or patent owner.

## Patent and Exclusivity for: N211855

Product 001
DIROXIMEL FUMARATE (VUMERITY) CAPSULE, DELAYED RELEASE 231MG

### Patent Data

| Product No | Patent No | Patent Expiration | Drug Substance | Drug Product | Patent Use Code | Delist Requested | Submission Date |
|---|---|---|---|---|---|---|---|
| 001 | 8669281 | 09/20/2033 | DS | DP | | | 11/22/2019 |
| 001 | 9090558 | 09/20/2033 | | | U-1384 | | 11/22/2019 |

| Product No | Patent No | Patent Expiration | Drug Substance | Drug Product | Patent Use Code | Delist Requested | Submission Date |
|---|---|---|---|---|---|---|---|
| 001 | 10080733 | 09/20/2033 | DS | DP | U-1384 | | 11/22/2019 |

**Exclusivity Data**

| Product No | Exclusivity Code | Exclusivity Expiration |
|---|---|---|
| Your search did not return any results | | |

**View a list of all patent use codes (results_patent.cfm)**
**View a list of all exclusivity codes (results_exclusivity.cfm)**