IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-2054-LPS |
| | ) |
| BANNER LIFE SCIENCES LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the parties' deadline to submit proposed final judgments and injunctions, and letter-briefs regarding issues as to which they have been unable to agree, is extended from 6:00 p.m. to 9:00 p.m. on January 20, 2020.

| ASHBY & GEDDES | SHAW KELLER LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Nathan R. Hoeschen* |
| Steven J. Balick (#2114) | Karen E. Keller (#4489) |
| Andrew C. Mayo (#5207) | David M. Fry (#5486) |
| 500 Delaware Avenue, 8th Floor | Nathan R. Hoeschen (#6232) |
| P.O. Box 1150 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 654-1888 | Wilmington, DE 19801 |
| sbalick@ashbygeddes.com | (302) 298-0700 |
| amayo@ashbygeddes.com | kkeller@shawkeller.com |
| | dfry@shawkeller.com |
| *Attorneys for Plaintiff* | nhoeschen@shawkeller.com |
| | *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2020.

_____
Chief Judge

{01528010;v1 }