IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| BIOGEN INTERNATIONAL GMBH. | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 18-2054-LPS |
| BANNER LIFE SCIENCES LLC | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **21st** day of **January 2020**:

WHEREAS, the parties have filed letter briefs and competing proposed final judgment and temporary restraining orders ("TRO") (D.I. 58, 59);

WHEREAS, the Court agrees with Biogen on the first disputed provision, the scope of the injunction; to ensure, as a practical matter, that no inducement of infringement of the method claims of the patent-in-suit improperly occurs during the TRO period, the Court will enjoin the activities Biogen seeks to preclude, while allowing Banner to engage in the other activities permitted under Biogen's proposed order, i.e., seeking final FDA approval of its drug product, manufacturing, and stockpiling;

WHEREAS, the Court agrees with Biogen on the second disputed provision, relating to the activities Biogen may undertake in the relevant market during the TRO period; the TRO is intended to preserve the status quo while providing Biogen a brief period to seek relief from the Federal Circuit in connection with the difficult issues this Court had to decide, and the "status quo" is that Biogen may freely and fairly compete in the relevant market, a freedom the Court is not persuaded it has a meritorious basis to enjoin during the TRO period;

WHEREAS, the Court finds both parties' proposals on the third disputed issue concerning security unreasonable – Biogen having proposed $100,000 (for a market into which it apparently sells approximately $84 million of drug product each week worldwide) and Banner having proposed an unlimited, unspecified amount;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The parties shall meet and confer and, **no later than 8:00 p.m., tonight, January 21, 2020**, submit a proposed final judgment and TRO, consistent with the above decisions of the Court, and containing their agreed-upon amount of security or their competing amounts (in which event the Court will choose the most reasonable of the proposals).

2. The Court intends to enter final judgment and a TRO tomorrow, January 22, 2020. The TRO will expire thirteen (13) days thereafter, on February 4, 2020 at 10:00 a.m., given that the parties' failure to agree has required the Court to expend an additional day (and at least one night) addressing their disputes, and a TRO of longer than 13 days is no longer justifiable under the totality of circumstances.

January 21, 2020
Wilmington, Delaware

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE