IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH, <br><br> Plaintiff, <br><br> v. <br><br> BANNER LIFE SCIENCES LLC, <br><br> Defendant. | C.A. No. 18-2054-LPS |

**CORPORATE UNDERTAKING ON TEMPORARY RESTRAINING ORDER**

WHEREAS, in the above-captioned action the Honorable Chief Judge Leonard Stark did on January 22, 2020, temporarily enjoin Banner Life Sciences LLC ("Banner") for thirteen days from the Entry of Final Judgment (D.I. 63), and

WHEREAS, Plaintiff Biogen International GMBH ("Biogen") agreed to execute a Corporate Undertaking to secure Defendants' rights under the Temporary Restraining Order,

LET IT BE HEREBY KNOWN THAT:

Biogen acknowledges itself to be bound to Defendant to pay such sums of money, if any, that may be adjudged as costs and damages owed to Defendant pursuant to a final judgment from which no further appeals are available, not to exceed $30 million, if the Court hereafter determines that Defendant has proven it was wrongfully enjoined. Biogen's willingness to execute a Corporate Undertaking in the amount of the above sum is not a representation, agreement, concession or admission by Biogen that any costs or damages that Defendant may incur if adjudicated to have been wrongfully enjoined will reach or approach the amount of this Corporate Undertaking. The condition of the above obligation is that if Biogen satisfies such

costs and damages of Defendant as may be proven and determined in accordance with Fed. R. Civ. P. 65(c) then this undertaking shall be null and void.

Executed on _____24_____ January 2020.

Name
Title
Biogen GMBH

Frederick Lawson
Senior Director
Biogen International GmbH