IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-2054-LPS |
| | ) |
| BANNER LIFE SCIENCES LLC, | ) |
| | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

At Wilmington, this 17th day of February, 2020, the Court, having considered Plaintiff's Unopposed Motion To Redact Portion Of January 17, 2020 Transcript (the "Motion"),

IT IS HEREBY ORDERED that:

1. the Motion is GRANTED; and

2. any publicly available copies of the transcript of the January 17, 2020 conference in the above-captioned case, including but not limited to the transcripts that are or will be available by remote electronic access, shall be redacted consistent with the highlighted portions of the transcript as set forth in Exhibit A to the Motion.

_____
Chief Judge

{01533875;v1 }