NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**BIOGEN INTERNATIONAL GMBH,**
*Plaintiff-Appellant*

**v.**

**BANNER LIFE SCIENCES LLC,**
*Defendant-Appellee*

———————————————

2020-1373

———————————————

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-02054-LPS, Chief Judge Leonard P. Stark.

———————————————

**ON MOTION**

———————————————

Before LOURIE, MOORE, and CHEN, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Biogen International GmbH moves for an injunction pending appeal.  Banner opposes.

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to grant an injunction pending appeal.  Similar to a motion for a stay, our determination

2    BIOGEN INTERNATIONAL GMBH v. BANNER LIFE SCIENCES LLC

is governed by four factors: (1) whether the movant has made a strong showing of likelihood of success on the merits; (2) whether the movant will be irreparably injured absent an injunction; (3) whether issuance of the injunction will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill,* 481 U.S. 770, 776 (1987). Without prejudicing the ultimate disposition of this case by a merits panel, we conclude that Biogen has not established that an injunction pending appeal is warranted here under these factors.

Accordingly,

IT IS ORDERED THAT:

The motion for an injunction pending appeal is denied, and the interim injunction granted in the court's January 24, 2020 order is lifted.

FOR THE COURT

February 27, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25