# United States Court of Appeals
# for the Federal Circuit

---

**BIOGEN INTERNATIONAL GMBH,**
*Plaintiff-Appellant*

**v.**

**BANNER LIFE SCIENCES LLC,**
*Defendant-Appellee*

---

2020-1373

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-02054-LPS, Chief Judge Leonard P. Stark.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 21, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee Banner Life Sciences LLC in the amount of $1500.00 and taxed against the appellant Biogen International GmbH.

FOR THE COURT

July 1, 2020                    /s/ Peter R. Marksteiner
                               Peter R. Marksteiner
                               Clerk of Court